MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Matthew J. Novachis and Madeline Louise Novachis

Chapter 7 Case No. 10-44586

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Internal Revenue Service | 4-U | | $0.24 |

Date: January 4, 2011

Trustee
Dwight R. J. Lindquist
4509 Hibiscus Avenue
Minneapolis, MN  55435
(952) 922-3815   #63538