MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Matthew J. Novachis

Chapter 7 Case No. 10-44586

Please Check One:

[XX] Unclaimed Dividends

[ ] Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Internal Revenue Service | 4-P | | $138.41 |

RECEIVED 11 APR 15 AM 9:21 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Date: April 13, 2011

Trustee
Dwight R. J. Lindquist
4509 Hibiscus Avenue
Minneapolis, MN 55435
(952) 922-3815   #63538